UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**James Lee Cosgrove,**            Civil No. 07-4138 MJD/SRN

      **Petitioner,**

v.

                                          **ORDER**

**Warden Anderson,**

      **Respondent.**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 2, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Although Cosgrove submitted a letter stating that he has no objections to the Report and Recommendation, he does inform the Court that he has been transferred from Colorado to the Federal Correctional Institution in Terre Haute, Indiana. Therefore, this case shall be transferred to the Southern District of Indiana rather than to the District of Colorado.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

2

**IT IS HEREBY ORDERED** that:

The Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of Indiana.

DATED: December 29, 2007

s / Michael J. Davis
Judge Michael J. Davis
United States District Court Judge

2